1  DAVID F. McDOWELL (SBN 125806)
   DMcDowell@mofo.com
2  PURVI G. PATEL (SBN 270702)
   PPatel@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6
   Attorneys for Defendants
7  BED BATH & BEYOND INC. and
   BED BATH & BEYOND OF CALIFORNIA
8  LIMITED LIABILITY COMPANY

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13 BARBARA SALMONSON,                   Case No. 2:11-cv-02293-SVW-SS
   individually and on behalf of a class of
14 persons similarly situated,          Related Cases:
                                          2:11-cv-02437-SVW-SS (Rubinstein)
15              Plaintiff,                 2:11-cv-02609-SVW-SS (Oktanyan)
                                          2:11-cv-06137-SVW-SS (Bennett)
16         v.                             2:11-cv-07046-SVW-SS (Paxton)
                                          2:11-cv-07039-SVW-SS (Shughrou)
17 BED BATH & BEYOND, INC. a
   Delaware Corporation; BED BATH &
18 BEYOND OF CALIFORNIA               **DEFENDANTS' RESPONSE TO
   LIMITED LIABILITY COMPANY, a      STIPULATION WITHDRAWING
19 Delaware Limited Liability Company, SANDRA RUBINSTEIN AND
   and DOES 1 through 100, inclusive,  HAMBIK OKTANYAN'S
20                                     OBJECTION TO MOTION FOR
                Defendants.            FINAL APPROVAL OF
21                                     CLASS ACTION SETTLEMENT**

22                                     Hearing: January 28, 2013
                                       Time: 1:30 p.m.
23
                                       Judge: Hon. Stephen V. Wilson
24                                     Courtroom: 6

25

26

27

28

1    Defendants Bed Bath & Beyond Inc. and Bed Bath & Beyond of California

2  Limited Liability Company (collectively, "BBB") submit this response to Plaintiff

3  Barbara Salmonson and Objectors Sandra Rubinstein and Hambik Oktanyan's

4  Stipulation Withdrawing Objection to Motion for Final Approval of Class Action

5  Settlement (the "Stipulation").  (ECF No. 99.)  BBB makes this response to address

6  Plaintiff and Objectors' representation that "counsel for [BBB] was provided with a

7  copy of this [S]tipulation and has not provided any objection to its terms as of the

8  time of filing."  (ECF No. 99 at 5.)

9    BBB does not oppose Objectors' withdrawal of their objection to the

10  proposed class action settlement before the Court.  BBB does not, however, join in

11  the Stipulation, and does not endorse or agree with all of the assertions made by

12  Plaintiff and Objectors in the Stipulation or the declarations made in support

13  thereof.  BBB was not party to the meet and confer between Plaintiff and Objectors

14  or a party to the agreement reached by Plaintiff and Objectors, and, therefore, any

15  references to "parties" should not include BBB.   (Declaration of Purvi G. Patel

16  ¶¶ 2-5.)  In the course of meeting and conferring with Plaintiff and Objectors

17  regarding the Stipulation, BBB conveyed that although Objectors' request for costs

18  was outside the scope of the settlement BBB reached with Plaintiff, BBB agreed

19  that Objectors could apply to the Court for an award of costs up to $6009.65 to be

20  paid by BBB.  (Patel Dec. ¶ 4.)

21

22  Dated:  January 21, 2013            MORRISON & FOERSTER LLP

23

24                                      By:   /s/ Purvi G. Patel
                                              Purvi G. Patel

25
                                        *Attorney for Defendants*
26                                      *Bed Bath & Beyond Inc. and*
                                        *Bed Bath & Beyond of California*
27                                      *Limited Liability Company*

28

                                        1

1

## CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that on the 21st day of January, 2013, the

3

foregoing document was filed electronically on the CM/ECF system, which caused

4

all CM/ECF participants to be served by electronic means.

5

6

       /s/ Purvi G. Patel

       Purvi G. Patel

7

8

*Attorney for Defendants*
*Bed Bath & Beyond Inc. and*
*Bed Bath & Beyond of California*
*Limited Liability Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

la-1198043